# UNITED STATES DISTRICT COURT
### for the
### Western District of Oklahoma ▾

_____ Division

| | |
|---|---|
| Shantell Robinson, ~~[redacted]~~ ) ) ) ) *Plaintiff(s)* ) *(Write the full name of each plaintiff who is filing this complaint.* ) *If the names of all the plaintiffs cannot fit in the space above,* ) *please write "see attached" in the space and attach an additional* ) *page with the full list of names.)* ) -v- ) ) Oglala Sioux Tribe, Daniel Abadir, Susan Abadir, ) Oglala Sioux Tribe Legal Department, Raycen Raines, ) John Reed, William T. Shaw, Wakpamni Lake ) Community Corporation (WLCC) ) *Defendant(s)* ) *(Write the full name of each defendant who is being sued. If the* ) *names of all the defendants cannot fit in the space above, please* ) *write "see attached" in the space and attach an additional page* ) *with the full list of names.)* ) | Case No. 5:25-cv-00289 *(to be filled in by the Clerk's Office)* Jury Trial: *(check one)* ✔ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

### I.  The Parties to This Complaint

**A.  The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Shantell Robinson ~~[redacted]~~ |
| Street Address | ~~[redacted]~~ 8001 NW 113th St |
| City and County | Oklahoma City, Oklahoma County |
| State and Zip Code | Oklahoma ~~[redacted]~~ 73162 |
| Telephone Number | 1-405-492-7297 |
| E-mail Address | globalgreenenterprize@gmail.com |

**B.  The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Oglala Sioux Tribe
- Job or Title (if known):
- Street Address: 107 W Main St
- City and County: Pine Ridge, Oglala Lakota
- State and Zip Code: South Dakota, 57770
- Telephone Number: 1-605-867-5821
- E-mail Address (if known): fstarcomesout@oglala.org - president
  Secretary → stacytl@oglala.org, VP-alicia.mousseau@oglala.org

Defendant No. 2
- Name: Oglala Sioux Tribe Legal Department
- Job or Title (if known):
- Street Address: 107 W Main Street
- City and County: Pine Ridge, Oglala Lakota
- State and Zip Code: South Dakota, 57770
- Telephone Number: 1-605-867-5821 or 1-605-407-3324
- E-mail Address (if known): csierra@oglala.org (Law & Order secretary) or stacytl@oglala.org (Tribe secretary)

Defendant No. 3
- Name: Wakpamni Lake Community Corporation (WLCC)
- Job or Title (if known):
- Street Address: HC 64 Box 43
- City and County: Batesland, Oglala Lakota
- State and Zip Code: South Dakota, 57716
- Telephone Number:
- E-mail Address (if known): E.wakpamni.com / corporation
  107 West Main St Pine Ridge, Oglala Lakota South Dakota, 57770

Defendant No. 4
- Name: Raycen Raines
- Job or Title (if known): CEO (WLCC) Financial Operator
- Street Address: HC 64 Box 43
- City and County: Batesland, Oglala Lakota
- State and Zip Code: South Dakota, 57716
- Telephone Number:
- E-mail Address (if known): raycenraines@gmail.com

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 5
- Name: John Reed
- Job or Title (if known): Owner IMS Ideas
- Street Address: 18 W140 Butterfield Rd ste 1500
- City and County: Oakbrook Terrace, DuPage
- State and Zip Code: Illinois, 60181
- Telephone Number: 1-847-421-5401
- E-mail Address (if known): jreed@imsideas.com

Defendant No. 6
- Name: Susan Abadir
- Job or Title (if known): Wife (of Daniel Abadir)
- Street Address: 26 Ardsley Lane
- City and County: Buffalo, Erie County
- State and Zip Code: New York, 14221
- Telephone Number:
- E-mail Address (if known):

Defendant No. 7
- Name: Daniel Abadir
- Job or Title (if known): Owner, New Line Processing, New Line Credit Mgmt.
- Street Address: 26 Ardsley Lane
- City and County: Buffalo, Erie County
- State and Zip Code: New York, 14221
- Telephone Number: 1-716-440-9866
- E-mail Address (if known): dabadir@newlineprocessing.com
  danielabadir@newlinecreditmanagement.com

Defendant No. 8
- Name: William T. Shaw
- Job or Title (if known): Owner, Desert Creek Ventures, The Mar Tech Group
- Street Address: 2740 Hillcrest Drive
- City and County: Pinckney, Livingston County
- State and Zip Code: Michigan, 48169
- Telephone Number: 1-810-423-1420
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
17 U.S.C. § 501 (Copyright Infringement)
18 U.S.C. § 1343 (Wire Fraud)
18 U.S.C. § 1961-1968 (RICO Violations)
Other Federal Claims: Financial fraud, conspiracy, and unjust enrichment

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.    If the defendant is a corporation

          The defendant, *(name)* _____, is incorporated under

          the laws of the State of *(name)* _____, and has its

          principal place of business in the State of *(name)* _____.

          Or is incorporated under the laws of *(foreign nation)* _____,

          and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
due to the unauthorized commercial use, licensing, and profiting from Plaintiff's intellectual property. Defendants stole and monetized Plaintiff's proprietary financial technology, generating millions in unlawful revenue. Plaintiff seeks a minimum of $75 million based on:
Direct revenue generated by Defendants using Plaintiff's program.
Business losses suffered by Plaintiff, including operational shutdown and lost investments.
Emotional distress, reputational damage, and loss of industry opportunities.  *see attached*

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff created Omni Credit and Omni Virtual Attendant, financial technology programs designed for legitimate business use.
Defendants fraudulently induced Plaintiff to share proprietary information under false business pretenses.
Defendants stole, replicated, and profited from Plaintiff's programs without permission.
Defendants locked Plaintiff out of her own technology and transferred ownership to WLCC, using tribal sovereignty as a shield.
Defendants engaged in predatory lending, money laundering, and unauthorized licensing of Plaintiff's intellectual property.  *See attached*

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Return of Intellectual Property:

Full return of Omni Credit and Omni Virtual Attendant programs.
Confirmation that Defendants deleted all copies from their systems.
Full disclosure of any sales, licenses, or modifications made.
$75 million in direct damages for lost business revenue, unpaid investments, and financial harm.
Emotional distress damages (PTSD, reputational harm, therapy costs).  *see attached* 

Punitive damages due to willful fraud, copyright theft, and financial misconduct.
3 Legal Action Against Defendants:

Immediate freezing of all Defendant bank accounts to prevent further financial fraud.
Court injunction stopping Defendants from using, selling, or profiting from Plaintiff's stolen technology.
Public retraction & apology, legally enforced.
For full details, see attached document: "Relief Requested."

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/20/2025

Signature of Plaintiff: Shantell Robinson
Printed Name of Plaintiff: Shantell Rob-

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

*Short version* (handwritten)

# UNITED STATES DISTRICT COURT

**WESTERN DISTRICT OF OKLAHOMA**

**Shantell Robinson,**
Plaintiff,

v.

**Daniel Abadir,**
**Susan Abadir,**
**Oglala Sioux Tribe,**
**Oglala Sioux Tribe Legal Department,**
**Raycen Raines,**
**John Reed,**
**William T. Shaw,**
**Wakpamni Lake Community Corporation,**
Defendants.

**Case No.:** 5:25-cv-00289
**Nature of Suit:** 820 Property Rights - Copyrights
**Cause:** 17:501 Copyright Infringement

# AMENDED COMPLAINT

(Jury Trial Demanded)

## I. JURISDICTION & VENUE

This Court has **subject matter jurisdiction** under:
- ✅ **17 U.S.C. § 501** (Copyright Infringement)
- ✅ **18 U.S.C. § 1343** (Wire Fraud)
- ✅ **28 U.S.C. § 1331** (Federal Question Jurisdiction)

✅ **Personal Jurisdiction exists** over all Defendants because they engaged in fraudulent business dealings and intellectual property theft **that directly impacted Plaintiff in Oklahoma.**

✅ **Venue is proper** under 28 U.S.C. § 1391(b) because **substantial events** leading to the theft, fraud, and financial harm **occurred in Oklahoma.**

## II. PARTIES

**Plaintiff:** Shantell Robinson, creator of **Omni Credit** & **Omni Virtual Attendant**, resides in Oklahoma.

**Defendants:**

- **Daniel Abadir** – Operator of New Line Processing & New Line Credit Management, involved in fraudulent financial activities.
- **Susan Abadir** – Associated with Daniel Abadir and participated in financial misconduct.
- **John Reed** – Partner of Abadir, facilitated intellectual property theft.
- **William T. Shaw** – Initially posed as a business agent but conspired in the theft.
- **Raycen Raines** – WLCC financial operator, used tribal sovereignty to shield fraud.
- **Oglala Sioux Tribe & Legal Department** – Facilitated and benefited from the stolen intellectual property.
- **Wakpamni Lake Community Corporation (WLCC)** – Engaged in **predatory lending, fraud, and unauthorized use** of Plaintiff's technology.

## III. STATEMENT OF CLAIM

**Defendants Stole Plaintiff's Intellectual Property:**

- **Plaintiff created Omni Credit & Omni Virtual Attendant**, innovative financial programs for lending and automation.
- In **March 2023**, Plaintiff was approached by Defendants **William Shaw & John Reed** under the false pretense of a business partnership.
- By **2024, Daniel Abadir & John Reed** fraudulently took possession of the programs and transferred them to **Raycen Raines & WLCC**, claiming ownership.

**Defendants Profited Through Fraudulent Business Schemes:**

- Defendants illegally **licensed, copied, and sold Plaintiff's technology** without her consent.
- WLCC **used Plaintiff's software for predatory lending and unlicensed financial services.**
- **Daniel Abadir & John Reed** funneled money offshore, engaging in **financial crimes and money laundering.**

**Plaintiff Suffered Severe Financial & Emotional Harm:**

- **Business collapsed**, lost investments, employees, and contracts.
- **Emotional distress (PTSD), reputational harm,** and **long-term financial damage.**
- **Plaintiff's technology was officially copyrighted on October 7, 2024**, but Defendants **continued to use it illegally.**

## IV. RELIEF REQUESTED

Plaintiff demands the following relief:

**1** **Return of Stolen Property:**

- **Full return of Omni Credit & Omni Virtual Attendant.**
- **Deletion of all unauthorized copies.**
- **Disclosure of all parties who received or used Plaintiff's software.**

**2** **Financial Compensation:**

- **$75 million** in direct damages for lost business, investment losses, and financial harm.
- **Additional damages** for emotional distress, PTSD, and reputational damage.

**3** **Full Financial Disclosure & Transaction Records:**

- **Forensic audit of all Defendant bank accounts,** partnerships, and profits related to the stolen technology.

**4** **Punitive Damages for Fraud & Theft:**

- **Maximum penalties** for willful copyright infringement, fraud, and deceptive business practices.

**5** **Public Retraction & Apology:**

- **Defendants must issue a public apology** acknowledging their misappropriation.
- **Failure to comply will result in additional penalties.**

**6** **Emergency Legal Injunctions:**

- **FREEZE ALL DEFENDANT BANK ACCOUNTS IMMEDIATELY.**
- **Permanent injunction** preventing Defendants from selling, profiting, or using Plaintiff's technology.
- **Severe legal penalties** for any retaliation or harm toward Plaintiff, her family, or her business.

**7** **Any Additional Relief the Court Deems Necessary.**

## V. DEMAND FOR JURY TRIAL

Pursuant to **Rule 38** of the **Federal Rules of Civil Procedure**, Plaintiff demands a **jury trial** on all issues triable by jury.

Attachment
Long Version)

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF OKLAHOMA

**Shantell Robinson,**
 Plaintiff,

v.

**Daniel Abadir,**
 **Susan Abadir,**
 **Oglala Sioux Tribe,**
 **Oglala Sioux Tribe Legal Department,**
 **Raycen Raines,**
 **John Reed,**
 **William T. Shaw,**
 **Wakpamni Lake Community Corporation,**
 Defendants.

Case No.: 5:25-cv-00289
Nature of Suit: 820 Property Rights - Copyrights
Cause: 17:501 Copyright Infringement

---

## AMENDED COMPLAINT

(Jury Trial Demanded)

Plaintiff **Shantell Robinson**, by and through this **Amended Complaint**, alleges as follows:

# I. JURISDICTION & VENUE

1. This Court has **subject matter jurisdiction** pursuant to **17 U.S.C. § 501 (Copyright Infringement)** and **28 U.S.C. § 1331 (Federal Question Jurisdiction).**

2. **Personal jurisdiction** exists over all Defendants, as they **engaged in fraudulent business dealings and intellectual property theft that directly impacted Plaintiff in the state of Oklahoma.**

3. Venue is proper in the **Western District of Oklahoma** pursuant to **28 U.S.C. § 1391(b)** because a substantial part of the events giving rise to this lawsuit occurred within this District.

---

# II. PARTIES

4. **Plaintiff Shantell Robinson** is an entrepreneur and the creator of **Omni Credit and Omni Virtual Attendant**, innovative financial technology programs designed for consumer lending and automated financial management. Plaintiff **resides in Oklahoma.**

5. **Defendant Daniel Abadir** is a businessman involved in financial lending, collection agencies, and money laundering schemes. He operates fraudulent financial businesses under multiple entities, including **New Line Processing** and **New Line Credit Management.**

6. **Defendant Susan Abadir** is associated with Daniel Abadir and has participated in fraudulent financial transactions related to the theft of Plaintiff's programs.

7. **Defendant John Reed** is a financial operator and business partner of Abadir, having played a role in misappropriating Plaintiff's intellectual property.

8. **Defendant William T. Shaw** originally engaged with Plaintiff under the pretense of helping shop her proprietary financial technology for legitimate business opportunities but later conspired to steal and repackage it for illegal use.

9. **Defendant Raycen Raines** is an individual affiliated with the **Oglala Sioux Tribe and Wakpamni Lake Community Corporation (WLCC)**, having used tribal sovereignty as a shield for financial crimes.

10. **Defendant Oglala Sioux Tribe** is a federally recognized tribe that improperly facilitated and benefited from the theft of Plaintiff's programs through WLCC.

11. **Defendant Oglala Sioux Tribe Legal Department** is responsible for legal oversight of WLCC and its financial dealings.

12. **Defendant Wakpamni Lake Community Corporation (WLCC)** is a tribal business entity involved in predatory lending, payday loan fraud, and misappropriation of financial technology.

---

## Statement of Claim

### (Background)

1. In March 2023, Plaintiff met Defendant William "Bill" Shaw, who presented himself as an industry professional capable of assisting Plaintiff in securing legitimate business opportunities for her proprietary financial technology programs.

2. In June 2023, Defendant Shaw introduced Plaintiff to Defendant John Reed, who was also presented as a potential business partner.

3. In November 2023, Defendant Shaw mentioned Defendant Daniel Abadir, who was later introduced to Plaintiff in 2024. Defendant Abadir claimed Defendant Reed was his business partner, despite Defendant Reed having never previously mentioned this affiliation.

4. Plaintiff shared proprietary information, including the vision, concept, process, operations, and structure of her financial technology programs under the impression that she was engaging in good-faith business negotiations for licensing opportunities.

5. Defendant Abadir, Defendant Reed, and Defendant Shaw fraudulently misrepresented their intentions and instead misappropriated Plaintiff's intellectual property by telling plaintiff and witnesses that plaintiff got $1billion per legal medical marijuana state for this program through a tribal economic development program to loan (closed loop revolving line of credit funding for the cannabis industry).

6. Defendants then transferred, copied, and monetized Plaintiff's programs without authorization, passing them off as their own.

7. Defendant Abadir, Defendant Reed, and Defendant Shaw sold or gave Plaintiff's stolen financial technology to Defendant Raycen Raines and Defendant Wakpamni Lake Community Corporation (WLCC), where it was incorporated into Omni Credit and Omni Virtual Attendant—unauthorized replicas of Plaintiff's original programs.

8. Defendants licensed, sold, and distributed Plaintiff's stolen technology without permission, generating unlawful profits and causing Plaintiff severe financial, business, and personal harm.

9. Plaintiff's programs were officially copyrighted on October 7, 2024, but Defendants continued using, modifying, and profiting from them without consent.

10. **Plaintiff is bringing this action to demand:**

- **Full return of her original programs (Omni Credit and Omni Virtual Attendant).**
- **Disclosure of all copies, licenses, and sales of her technology.**
- **Financial damages for business losses, emotional distress, and theft.**
- **Punitive damages due to the fraudulent actions of Defendants.**
- **An immediate injunction freezing all assets derived from the stolen programs.**

## III. Statement of Claim

### (Fraudulent Misuse of Plaintiff's Technology)

1. Defendants willfully and fraudulently presented **Omni Credit and Omni Virtual Attendant** as their own technology, **selling, licensing, and profiting** off Plaintiff's program intended for tribal economic development.

2. Without Plaintiff's **final contract authorization**, Defendants **forced, then ultimately locked Plaintiff out** of her own system, seizing full control **once Plaintiff indicated intent to pursue legal action.**

3. Defendants **then sold, gave, or partnered** with **Raycen Raines**, placing Plaintiff's program **under WLCC ownership** and shielding it under the **sovereignty and immunity of the Oglala Sioux Tribe.**

4. **Under Raycen Raines' leadership, WLCC immediately engaged in fraudulent financial operations, including predatory lending, using Plaintiff's stolen program.**

5. Defendants **conducted unlicensed lending across multiple states,** misusing Plaintiff's technology in **illegal revolving line of credit schemes,** designed for **predatory lending practices.**

6. **Defendant New Line Processing, operated by Daniel Abadir,** and its **associated entities** used **offshore accounts to launder funds derived from these unlawful activities.**

7. Defendants **fraudulently induced Plaintiff into sharing proprietary information** under **false pretenses,** only to **steal, replicate, and profit** from her work. They wanted this program because it passed the beta testing for financial transactions in revolving lines of credit bypassing federal oversight legally through tribal banking and would use this as a way to launder and funnel criminal financial activity with low oversight in the cannabis industry

## IV. RELIEF REQUESTED

Plaintiff **demands** the following relief:

### 1 Return of Stolen Property

- **Full return** of **Omni Credit and Omni Virtual Attendant** programs, including all copies, modifications, or adaptations.
- **Confirmation of deletion** from all Defendant systems, servers, storage, and backups.
- **Detailed records** of all individuals, entities, or third parties to whom the technology was sold, licensed, or shared.

### 2 Financial Compensation & Damages

- **$75 million in direct damages**, covering:
    - Lost business revenue,
    - Investments and loans taken out for program development,
    - Employee losses and operational shutdown costs.
- **Compensation for personal harm**, including:
    - **PTSD**, emotional distress, and therapy costs,
    - Reputational damage,
    - Long-term impact on Plaintiff's professional and financial future.

### 3 Full Financial Disclosure & Transaction Records

- **Forensic audit** of all **Defendant bank accounts, licensing agreements, and partnerships** to determine profits gained from Plaintiff's stolen program.
- **Disclosure of all transactions** related to Omni Credit and Omni Virtual Attendant, including revenue generated, entities involved, and distribution details.

### 4 Punitive Damages & Legal Penalties

- **Maximum punitive damages** for **willful fraud, intellectual property theft, and financial misconduct.**
- **Severe penalties** for any continued unauthorized use, sale, or distribution of Plaintiff's intellectual property.

### 5 Public Retraction & Apology

- **Formal public retraction and apology,** acknowledging the **misappropriation, theft, and fraudulent use** of Plaintiff's work.
- **Legal enforcement clause:** Failure to comply will result in **additional penalties,** including further legal action and financial sanctions.

### 6 **Emergency Legal Enforcement & Injunctions**

- **Immediate freezing** of all **Defendant bank accounts** to prevent further fraudulent transactions.
- **Permanent injunction** prohibiting Defendants from:
    - Using, selling, or profiting from Plaintiff's intellectual property.
    - Engaging in further deceptive financial practices using stolen technology.
- **Severe penalties** for any **retaliation, threats, or obstruction** of Plaintiff's legal and business interests.

### 7 **Additional Relief as the Court Sees Fit**

- Any **further legal, financial, or injunctive relief** deemed **appropriate** by the Court.
- 

---

## V. DEMAND FOR JURY TRIAL

Pursuant to **Rule 38 of the Federal Rules of Civil Procedure**, Plaintiff **demands a jury trial** on all issues triable by jury.

---

    - 
- **Specific Legal Violations:**
    - **Copyright Infringement (17 U.S.C. § 501)**
    - **Wire Fraud (18 U.S.C. § 1343)**
    - **Conspiracy to Commit Fraud**
    - **Unjust Enrichment**
    - **Intentional Infliction of Emotional Distress**
    - **RICO Violations (18 U.S.C. § 1961-1968)**

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/20/2025

Signature of Plaintiff: Shantell Robinson
Printed Name of Plaintiff: Shantell Robinson

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____