**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

**SHANTELL ROBINSON,**
 Plaintiff,
 v.
**John Reed, et al.,**
 Defendants.

FILED

JUL 3 1 2025

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA
BY_____, DEPUTY

**Case No. 5:25-cv-00289-G**

---

## PLAINTIFF'S LIMITED RESPONSE TO DEFENDANT REED'S MOTION TO STRIKE (DOC 107)

Plaintiff respectfully submits the following limited response to Defendant John Reed's Motion to Strike (Doc. 107), filed July 30, 2025:

1. Plaintiff does **not oppose** the Court striking **Exhibit 1** attached to Plaintiff's **Motion for Protective Order (Doc 87)**, **filed on July 23, 2025**, if the Court deems it appropriate. Exhibit 1 included an early **proximity simulation image** dated "10-25" that was later identified as a draft printout from a working document queue and not relied upon in Plaintiff's final argument or evidence chain. This document was **not filed as an independent motion** nor cited in any legal request for relief. Plaintiff affirms that **all proximity-based claims** in this case are supported by **verified GPS logs, timestamped communication records, sworn declaration, and third-party observations** — none of which depend on the Exhibit 1 image. Therefore, striking the image does not affect the substance, evidentiary strength, or admissibility of Plaintiff's central claims.

2. However, Plaintiff notes that **Defendant Reed** — through his attorney Mark Henricksen — continues to **invoke the Oglala Sioux Tribe** in defense pleadings, despite the Tribe's **public disavowal of WLCC and all associated actors** on June 27, 2025.

3. This pattern suggests ongoing attempts to **manipulate the Court by invoking tribal authority** that no longer stands behind these defendants.

4. For these reasons, Plaintiff supports the Court's discretion to strike but requests attention to the broader misuse of tribal implication in filings that do not reflect authorized tribal positions.

Respectfully submitted,
**/s/ Shantell Robinson**
 Plaintiff, Pro Se
July 30, 2025

1-405-492-7297 globalgreenenterprize@gmail.com